**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-202

TO: _Roland Stevenson_  SBI#: _170504_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 24, 2005_


FILED
APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _September 1, 2004_ to _February 28, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 36.98 |
| Oct | 20.47 |
| Nov | 10.97 |
| Dec | .19 |
| Jan | 30.20 |
| Feb | 27.49 |

Average daily balances/6 months: _20.91_

Attachments
CC: File

_Stacy Shane_
3/24/05

_[signature]_
3/24/05
Notary

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __5431__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __2091__ and the average monthly deposits were $ __1867__

__3/24/05__
Date

__Stacy Shane__
Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

# Individual Statement

Date Printed: 3/24/2005

## For Month of September 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $44.45 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | S | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/8/2004 | ($4.75) | $0.00 | $0.00 | $39.70 | 7020 | | | |
| Canteen | 9/14/2004 | ($4.99) | $0.00 | $0.00 | $34.71 | 8903 | | | |
| Canteen | 9/28/2004 | ($9.98) | $0.00 | $0.00 | $24.73 | 13730 | | | |
| | | | | Ending Mth Balance: | $24.73 | | | | |

# Individual Statement

Date Printed: 3/24/2005

Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | $24.73 |

Current Location: 21       Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/13/2004 | ($10.00) | $0.00 | $0.00 | $14.73 | 19504 | | | |
| Pay-To | 10/15/2004 | ($6.53) | $0.00 | $0.00 | $8.20 | 21197 | | DST/POSTAGE | |
| Mail | 10/22/2004 | $23.00 | $0.00 | $0.00 | $31.20 | 23699 | 4507917392-37890 | | O. STEVENSON |
| Canteen | 10/26/2004 | ($10.00) | $0.00 | $0.00 | $21.20 | 25014 | | | |
| Pay-To | 10/28/2004 | ($0.23) | $0.00 | $0.00 | $20.97 | 26023 | | DST/POSTAGE | |

Ending Mth Balance: $20.97

# Individual Statement

## For Month of November 2004

Date Printed: 3/24/2005                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.97 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | | |

Current Location: 21    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/9/2004 | ($10.00) | $0.00 | $0.00 | $10.97 | 30103 | | | |
| Canteen | 11/23/2004 | ($10.00) | $0.00 | $0.00 | $0.97 | 35342 | | | |

Ending Mth Balance:    $0.97

# Individual Statement

Date Printed: 3/24/2005                                      Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.97 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | S | | | |

Current Location:  21            Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/7/2004 | ($0.97) | $0.00 | $0.00 | $0.00 | 40847 | | | |
| | | | | Ending Mth Balance: | $0.00 | | | | |

# Individual Statement

Date Printed: 3/24/2005    Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/6/2005 | $15.00 | $0.00 | $0.00 | $15.00 | 53647 | 12053491 | | C MITCHELL |
| Pay-To | 1/7/2005 | ($0.37) | $0.00 | $0.00 | $14.63 | 54399 | | DST/POSTAGE | |
| Mail | 1/13/2005 | $24.00 | $0.00 | $0.00 | $38.63 | 56195 | 122070645 | | O STEVENSON |
| Mail | 1/13/2005 | $10.00 | $0.00 | $0.00 | $48.63 | 56209 | 4549513151-15541 | | I JENKINS |
| Canteen | 1/19/2005 | ($6.97) | $0.00 | $0.00 | $41.66 | 58080 | | | |

Ending Mth Balance: $41.66

# Individual Statement

Date Printed: 3/24/2005    Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00170524 | Stevenson | Roland | | S | $41.66 | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2005 | ($12.41) | $0.00 | $0.00 | $29.25 | 63439 | | | |
| Canteen | 2/15/2005 | ($14.94) | $0.00 | $0.00 | $14.31 | 69130 | | | |
| Mail | 2/25/2005 | $40.00 | $0.00 | $0.00 | $54.31 | 73869 | 5356602496 | | G GARCIA |

Ending Mth Balance: $54.31