FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05-202

Roland STEVENSON #170524
(Enter above the full name of the plaintiff in this action)

FILED
APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V.

KAY STURTZ COUNSELOR, LT PORTER
JAMIE JACKSON CLASSIFICATION, EVELYN
STEVENSON CLASSIFICATION, Fac T/M COLEY Hobson
(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    YES [X]    NO [ ]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

        Plaintiffs ROLAND STEVENSON

        Defendants JOE HUDSON - SUPPORT SERVICE MANAGER
        P. VILLARREAL %
        A. WEbb %

2. Court (if federal court, name the district, if state court, name the county)
   JUSTICE OF THE PEACE NEW CASTLE COUNTY

3. Docket Number C.A. J04120000709

4. Name of judge to whom case was assigned
   Honorable Judge Robert Armstrong

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Judgement was awarded to defendants.

6. Approximate date of filing lawsuit 12/9/04

7. Approximate date of disposition 2/15/05

II. A. Is there a prisoner grievance procedure in this institution? YES [X] NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [X] NO [ ]

C. If your answer is YES,

1. What steps did you take? Filed grievances, but never heard nothing. Wrote Jamie Jackson Classification

2. What was the result? Evelyn Stevenson answer the letter. Copy inside

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [X] NO [ ]

F. If your answer is YES,

1. What steps did you take? Wrote (Jamie Jackson) Classification but never heard from her.

2. What was the result? Never heard from her (Jamie Jackson Classification)

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Roland Stevenson #170534  D.C.C.
    Address  1181 Paddock Road Smyrna, Dela 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant  Kay Sturtz  is employed as  Counselor of the Green Tree program  at  D.C.C.

C.  Additional Defendants  Lt Porter, Jamie Jackson, Evelyn Stevenson, F/m Coley Hobson Fac.

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Sometime in September of 2002, I was moved to the Green Tree drug program. The MTD Classification team said that I'm to go to GreenTree or stay back here locked down (MHU)! I went to the program. The head Facilitator of C-Tier Coley Hobson stood in front of the whole Tier and said "you Roland Stevenson would never complete this program as long as I'm the head Facilitator. Kay Stuetz took his word as they called it lack of participation, and moved me to a Higher Security with only 2 points at the Time. If D.C.C. run their Compound on a point system, why move to a Higher Security. They don't even honor their own system.

-3-

① Roland Stevenson #170524
PLAINTIFF

v

C/O Jane Morgan
Shift Commander J. Scarborogh
Hearing Officer Staff LT Larry Savage
defendants

RETALIATION
VINDICTIVENESS

② Roland Stevenson #170524
PLAINTIFF

v

Joe Hudson Service Manager
C/O P. Villarreal
C/O A. Webb
defendants

My personal property came up missing, Radio & Sneakers. The officers not letting me secure my property. Therefore, that makes them responsible for the items that's missing.

Mrs. Yamie Jackson,

My name is Roland Stevenson #170524. I'm the interstate transfer from Florida. I'm housed in Greentree V-Building. I signed a contract with Greentree and now the head facilitator feels that I'm lacking in participation, I'm being kicked out. I went before the Classification team (M.D.T.) Friday the 23th of Jan. I only have 2-points. The team (M.D.T.) added 2 more points which will give me a total of 4 points. However, the Classification team (M.D.T.) recommended me to the M.H.U. I feel that this Recommendation is totally un-founded based on these omittigated circumstances. According to the legal and binding Greentree contract I signed, in order to be terminated, I would have had to committ one of these offenses. ① FIGHTING ② STEALING or ③ BREAKING CONFIDENTIALITY, in which I did neither. To negate the lack of participation. I enter Greentree on Sept 14, 2002 here is a list of accomplishment and certificates I have recieved to substantiate my claims.

ORIENTATION ——————— 9-22-02, Finished 10-24-02
HIV/AIDS AWARENESS ——— 9-29-02
FRIENDS IN NEED ————— 12-20-02
POSITIVE IMAGE ————— 12-20-02
A.V.P. ——————————— 1-1-03
YOU, DRUG AND EFFECT ——— 2-24-03
PRINCIPLES OF RECOVERY —— 2-25-03
RELEASE & RECOVERY ——— 3-10-03
PARENTING I & II ————— 3-24-03
PRISON ART PROGRAM ——— 4-4-03
DECISIONS IN ACTION ——— 7-26-03
SELF ESTEEM DEVELOPMENT — 8-21-03
DOMESTIC VIOLENCE ———— 8-21-03
HIV/AIDS AWARENESS ———— 9-28-03
COMM DRIVER LIC ————— 11-25-03
FRUSTRATION VENTILATION — 12-3-03
LIFE SKILLS - ANTICIPATED COMPLETION DATE 2-6-04
COMPUTER CLASSES ———— 3-12-04

2/4/04  2:26 PM
Rule Infractions - Violating rules. Mr. Stevenson there is nothing that I can do for you. SORRY

Evelyn J. Stevenson

to also substantiate my claim that this classification decision is Bias, I do not have any write-ups, Majors that is. And with the 2 points forced upon me Because of not completing the greentree program, I still will only have a total of 4 points. I have completed every sub group required to graduate greentree. If you notice the dates, at what point could they possibly say I was not participating or even actively involved in groups outside of greentree? I have also enrolled and Been accepted for windows 2000 Computer class starting this cycle. Ms. Jackson, as you can see, I have Been involved in actively trying to Better myself since my arrival, and it would Be a great injustice to send me somewhere I cannot continue the positive path I'm on. Ms. Jackson could you please intervene in this extremely poor recommendation.

Yours truly,
Roland Stevenson

please reply →

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

RETURN ME BACK TO FLORIDA OFF OF THIS ENTERSTATE TRANSFER. D.C.C. PAYS ALL COURT COSTS AND FINES, AND TRANSFER BACK TO FLA (A.S.A.P.)

Signed this 31th day of March, 2005

*Roland Stevenson*
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3/31/05
Date

*Roland Stevenson*
(Signature of Plaintiff)

IM Roland Stevenson
SBI# 170534 UNIT 21-DU1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, Delaware
19801