IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Roland Stevenson

    Plaintiff

v.

Kay Stuetz Counselor, Lt. Porter, Jamie Jackson Classification, Evelyn Stevenson Classification, and Fac I/m Coley Hobson,

    Defendants.

Civ. No. 05-202-GMS

FILED MAY 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Motion for Extension

I, Roland Stevenson am asking this honorable court for an extension of 30 more days. I have no more funds in my inmate account. I'm waiting for funds now. Please grant this motion.

Date: May 17, 2005.

Roland Stevenson
#170524