IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND STEVENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-202-GMS |
| | ) |
| KAY STURTZ COUNSELOR, LT. | ) |
| PORTER, JAMIE JACKSON | ) |
| CLASSIFICATION, EVELYN | ) |
| STEVENSON CLASSIFICATION, | ) |
| and FAC I/M COLEY HOBSON, | ) |
| | ) |
| Defendants. | ) |

**FILED**
JUN 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, the plaintiff is a prisoner incarcerated at the Delaware Correctional Center, in Smyrna, Delaware, and on April 7, 2005, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 18, 2005, the Court received the plaintiff's letter motion for an extension of time to file the authorization form (D.I. 4);

THEREFORE, at Wilmington this 13th day of June, 2005, IT IS ORDERED that the plaintiff's request is GRANTED. The plaintiff shall file the authorization form within thirty (30) days from the date this order is sent. If the plaintiff fails file the authorization form in the time provided, then the Court

shall dismiss the action without prejudice.

_____
United States District Judge